# Exhibit 22

CONFIDENTIAL
Emre Carr - April 1, 2022

1           UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK
2            CASE NO.  18-MD-2865 (LAK)

3     _____
                                             )
4     IN RE:                                 )
                                             )
5     CUSTOMS AND TAX ADMINISTRATION OF      )
      THE KINGDOM OF DENMARK                 )
6     (SKATTEFORVALTNINGEN) TAX REFUND       )
      SCHEME LITIGATION                      )
7     _____)

8

9

10

11

12

13                C O N F I D E N T I A L

14

15

16

17

18     REMOTE VTC VIDEOTAPED EXPERT DEPOSITION UNDER ORAL

19                    EXAMINATION OF

20                      EMRE CARR

21

22              DATE: April 1, 2022

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

```
 1    E M R E   C A R R,

 2          called as an expert witness, having been

 3    first duly sworn according to law, testifies as

 4    follows:

 5

 6

 7

 8    EXAMINATION BY MR. WEINSTEIN:

 9          Q    Good morning, Dr. Carr?

10          A    Good morning.

11          Q    Throughout the day today, I'll be

12    asking you questions.  And for the sake of

13    Michael Friedman, the court reporter, please

14    let me finish my questions before you answer

15    and I will try to let you finish your answers

16    before I go on.

17          If both of us fail or one of us

18    fails on that, we will certainly hear about

19    it from Mike.  So let's do our best there.

20          If you have any trouble either

21    understanding one of my questions or hearing

22    my questions, please ask me to either clarify

23    or to restate it so that when you do answer,

24    we understand that you have understood the

25    question and heard the question fully.
```

1    familiar with the terms "front office,"

2    "middle office," and "back office?"

3         A    Yes.

4         Q    Do you have any experience working

5    in a front office?

6         A    As I -- as I said earlier, I have

7    not worked at the financial services company

8    as an employee.  So in that regard, I have

9    not worked in either of the -- I've not

10   worked at the front office.

11        Q    Is it fair to say then you also

12   haven't worked in a middle office or a back

13   office?

14        A    I have not worked in middle office

15   or back office because I have not worked

16   with -- worked for -- I shouldn't have said

17   "with" -- I have not worked for a financial

18   services company.

19        Q    Do you have any work experience

20   executing trades in a broker role?

21        A    Along the same lines, since I have

22   not worked for a broker, I have not executed

23   any trades as a broker.  But again, my -- my

24   consulting engagement again involved analysis

25   of trade execution in many securities and

1    not on the confirmation ticket?

2         A    It would help me to answer the

3    question if you tell me what term, if you

4    have a specific term in mind, and I can tell

5    you where to find it.

6              But the -- the parameters of the

7    trade -- you know, the ones I spelled out

8    earlier like price, number of shares, ticker

9    identifier, time stamp, et cetera, these type

10   of trade information that pertains to this

11   particular transaction, are going -- are on

12   trade confirmations and broader terms of the

13   trade that applies to other trades, or, you

14   know, many trades under that account would be

15   in the account agreement and agreements of

16   that nature, as opposed to the trade

17   confirmation.

18        Q    Do you have any prior experience in

19   designing or executing dividend arbitrage

20   strategies?

21        A    Only academically.  So now, not in

22   designing or executing.

23        Q    What's been your experience

24   academically with dividend arbitrage

25   strategies?

```
 1         A     You know, as an academic, I
 2    conducted research into these type of
 3    questions.
 4         Q     Other than your work for this
 5    particular case, what research have you done
 6    on dividend arbitrage strategies?
 7         A     Over the years, I have looked at
 8    stock prices around the dividend dates, and
 9    you know, how investors conduct trading
10    strategies based on that.
11         Q     You've done that for what purpose
12    in your career?
13         A     Not for the purpose of publication.
14         Q     Have you published work on prices
15    around the dividend arbitrage -- I'm sorry.
16               Have you published works on stock
17    prices around dividend dates and dividend
18    arbitrage strategies?
19         A     No.
20         Q     So what work were you referring to
21    as being published in that context?
22         A     Work that I have done that didn't
23    result -- that did not result in a
24    publication.
25         Q     What work did you do on dividend
```

1    arbitrage strategies, other than for this

2    case, that did not result in publication?

3              MS. LICHTENSTEIN:  Objection.

4        A    I'm not sure I understood the

5    question.  But I think I -- I mentioned the

6    entirety of my -- my work experience on

7    dividend arbitrage.

8              But there's nothing else, or you

9    can repeat the question and I can be more

10    precise.

11        Q    Well, I'm trying to get an

12    understanding of what your work experience

13    has been with dividend arbitrage strategies.

14              Can you identify any particular

15    research you've done, other than for this

16    case, on dividend arbitrage strategies?

17        A    I believe I answered that question.

18    I'm saying I don't have anything more to say,

19    which is I have done research and they did

20    not lead to publications.

21              That's what I had understood

22    partly.

23        Q    Right.  What was the research that

24    you were doing on dividend arbitrage

25    strategies that ultimately did not end up in

1    a publication?

2        A    I was understanding the changes in

3    stock prices and the associated volumes of

4    trading on ex-dividend dates.

5        Q    What markets were you looking at

6    for your research on stock prices and volumes

7    around ex-dividend dates?

8        A    No particular market.  U.S. and

9    Europe, primarily.

10       Q    When did you perform this research?

11       A    Many years ago and I was a

12   full-time academic.

13       Q    So, just approximately, when was

14   that?

15       A    You know, 2000, 2005, maybe.  You

16   know, in that time frame.

17       Q    The early 2000s, generally?

18       A    Early to mid, yes.

19       Q    What's your general understanding

20   of dividend arbitrage?

21       A    Dividends -- taxation on dividends

22   vary across various types of market

23   participants.  The, you know, corporations

24   and individuals differ in their marginal tax

25   rates.