# Exhibit 147

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2            MASTER DOCKET 18-MD-2865(LAK)
                 CASE NO. 18-CV-09797
3

4    _____
                                            )
     IN RE:                                 )
5                                           )
     CUSTOMS AND TAX ADMINISTRATION OF      )
6    THE KINGDOM OF DENMARK                 )
     (SKATTEFORVALTNINGEN) TAX REFUND       )
7    SCHEME LITIGATION                      )
                                            )
8    _____)

9

10

11

12              C O N F I D E N T I A L

13

14

15     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                 EXAMINATION OF

17                 KATHLEEN WECHTER

18

19           DATE: November 22, 2021

20

21

22

23

24

25       REPORTED BY:  MICHAEL FRIEDMAN, CCR

CONFIDENTIAL
Kathleen Wechter - November 22, 2021

Page 15

```
 1        A    Yes.

 2             At the Kaye Scholer firm, I have

 3    held the position of counsel.

 4        Q    And are you still practicing at the

 5    Arnold & Porter Kaye Scholer firm?

 6        A    Yes, I'm still practicing with the

 7    Arnold & Porter Kaye Scholer firm.

 8        Q    And can you please describe for us

 9    the nature of your -- of your practice at

10    that firm, from May of 2012?

11        A    I worked in the area of employee

12    benefits and executive compensation, which is

13    a part of the Tax Department at Arnold &

14    Porter Kaye Scholer.

15             So I work with different areas of

16    compensation, retirement planning, employee

17    benefits.

18        Q    And who -- who are the main -- the

19    principal partners with whom you've worked

20    since May of 2012?

21        A    Are you asking about in the

22    employee benefits subgroup, as it were, or in

23    general?

24        Q    Let me ask you in -- in general.

25        A    In general at the firm?
```

CONFIDENTIAL
Kathleen Wechter - November 22, 2021

```
 1        Q    Do you recall that the structures

 2   involved the use of qualified plans?

 3           MR. DULBERG:  Objection to the

 4       form.

 5           For the record, this is Drew

 6       Dulberg on behalf of -- from Wilmer Hale

 7       on behalf of Mr. Markowitz.

 8        A    Can you repeat the question,

 9   please?

10        Q    Do you recall that the ex-dividend

11   matter involved using qualified plans?

12           MR. DULBERG:  Same objection.

13        A    I recall that there were issues

14   related to the use of pension and retirement

15   plans, which was the reason -- the reason for

16   my specific involvement on specific

17   retirement and pension plan issues.

18        Q    And do you recall that the plans

19   were going to be purchasing foreign shares?

20        A    I don't recall the details of the

21   transactions.

22        Q    Do you recall any details of the

23   transactions?

24        A    At this point, since it was almost

25   nine or ten years ago, I don't remember
```