**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-25

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

MASTER DOCKET

18-md-2865 (LAK)

This document relates to: 19-cv-01800.

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against

Defendants Robert Klugman ("Klugman") and RAK Investment Trust ("RAK") in the action

titled *SKAT v. Crucible Ventures LLC Roth 401(K) Plan, et al.*, No. 19-cv-01800 (the "Action");

WHEREAS SKAT, Klugman and RAK have now entered into a settlement agreement

(the "Agreement") resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss Klugman and RAK from the Action,

pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own

costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against

Defendants Crucible Ventures LLC Roth 401(K) Plan, Ronald Altbach, John van Merkensteijn,

or Omineca Trust in the Action, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the

Federal Rules of Civil Procedure, Klugman and RAK are dismissed with prejudice from the

Action, with each party to bear its own costs;

Case 1:18-md-02865-LAK    Document 1477    Filed 02/26/25    Page 2 of 2
Case 1:18-md-02865-LAK    Document 1441    Filed 02/24/25    Page 2 of 2

2

IT is further STIPULATED AND AGREED that if an Uncured Event of Default under the Agreement occurs (or if Event of Default under the January 9, 2025 Pledge Agreement occurs), SKAT shall have the right to reopen the Action and file any Consent Judgment that it was not required to destroy pursuant to Paragraph 2 of the Agreement, regardless of the Action being previously dismissed;

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Crucible Ventures LLC Roth 401(K) Plan, Ronald Altbach, John van Merkensteijn, and Omineca Trust in the Action are not affected by this dismissal; and

IT is further STIPULATED AND AGREED that the Court shall retain jurisdiction for the purpose of enforcing the settlement agreement amongst SKAT, Klugman and RAK.


Dated: New York, New York
          February 24, 2025


By: /s/ Marc A. Weinstein
     Marc A. Weinstein
     HUGHES HUBBARD & REED LLP
     One Battery Park Plaza
     New York, New York 10004-1482
     Telephone: (212) 837-6000
     Fax: (212) 422-4726
     marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: /s/ David L. Goldberg
     David L. Goldberg
     KATTEN MUCHIN ROSENMAN LLP
     50 Rockefeller Plaza
     New York, NY 10020
     Telephone: (212) 940-6787
     Fax: (212) 940-8776
     david.goldberg@kattenlaw.com

*Counsel for Defendants Robert Klugman and
RAK Investment Trust*


SO ORDERED:


Lewis A. Kaplan
United States District Judge

7/26/25